IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-466-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KYLE ANTHONY CLARK, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court with regard to Defendant's Motion to Suppress [DE-19]. A hearing on the motion will be held on **Wednesday, March 20, 2019, at 10:30 a.m.** in Courtroom 100 of the New Hanover County Courthouse in Wilmington, North Carolina. The United States Attorney's Office is directed to make the necessary arrangements for Defendant's appearance at the hearing.

SO ORDERED, this the 26 day of February 2019.

Robert B. Jones, Jr.
United States Magistrate Judge